**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*4/13/2010*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORI TIRADO,** | Case No. 5:10-CV-00012-JW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **ARROW FINANCIAL, LLC,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is herewith served upon Defendant.

RESPECTFULLY SUBMITTED this 13th day of April, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 13th day of April, 2010, with:

United States District Court CM/ECF system

And hereby served upon all parties

By: s/Todd M. Friedman
    Todd M. Friedman

IT IS SO ORDERED:

The Court terminates any remaining pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: April 16, 2010

_____
United States District Court